JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 374 -- IN RE BURLINGTON NORTHERN INC. EMPLOYMENT PRACTICES LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 12/28/78 | 1 | MOTION, MEMORANDUM, LIST OF CASES, EXHIBITS A,B,C,D,E,F, -- For transfer of A-1 through A-8 -- BURLINGTON NORTHERN, INC.<br>SUGGESTED TRANSFEREE DISTRICT: N.D. Illinois<br>SUGGESTED TRANSFEREE JUDGE: John Powers Crowley (rew) |
| 1/5/79 | | LETTER -- James S. Whitehead, Esq. attorney for defendants Burlington Northern, Inc., Ozman, Rombach, Hall, Potter, Williamson, Keefe, Olson and Phillips. (ea) |
| 1/8/79 | 2 | RESPONSE -- United Transportation Union w/cert. of serv. cs |
| 1/8/79 | 3 | RESPONSE -- Plaintiffs in McBride, Hill, Jones, Forbush, and the EEOC -- w/cert. of serv. (cds) |
| 1/8/79 | | APPEARANCES: CHARLES BARNHILL, JR., ESQ. FOR William McBride, et al.; BRUCE B. ELFVIN, ESQ. FOR EEOC (Plaintiff-Intervener in McBride; J. COREY QUA, ESQ. FOR Roy Hill, etc.; CHARLES BARNHILL, JR., ESQ. FOR Hilary R. Jones; LINDA A. MILLER, ESQ. FOR Claud E. Brown and Michael Love, et al.; PAUL C. SPRENGER, ESQ. FOR William E. Forbush; JEROME EDWARD LABARRE, ESQ. FOR Mitchell White; FREDERIC F. BRACE, ESQ. FOR Burlington Northern, Inc., et al.; JAMES L. HIGHSAW, ESQ. FOR Brotherhood of Railway Airline & Steamship Clerks, Freight Handlers & Station Employes; NORTON N. NEWBORN FOR The United Transportion Union; R. JEFFREY BIXLER, ESQ. FOR American Train Dispatchers Assoc., et al. (cds) |
| 1/10/79 | 4 | RESPONSE -- Defendant Brotherhood of Railway and Airline Clerks -- w/cert. of service (cds) |
| 1/11/79 | 5 | RESPONSE -- Plaintiff Claude Brown -- w/cert. of serv. (cs) |
| 1/15/79 | 6 | RESPONSE -- Plaintiffs Love, Gilliam and Blake -- w/cert. of service (cds) |
| 1/15/79 | | APPEARANCE: LEONARD J. SCHWARTZ, ESQ. FOR Dubois Gilliam, Michael Love and Kenneth Blake (cds) |
| 2/8/78 | | APPEARANCE -- Clarence M. Small, Jr., Esq. for Brotherhood of Railroad Siggalmen. (ea) |
| 2/9/79 | 7 | SUPPLEMENTAL MOTION filed by Burlington Northern Inc. for transfer of B-9 Blake v. Burlington Northern Inc., etal., D.Minn., C.A.No.3-78-498, to N.D.Ill., w/cert.of svc. (ea) |
| 2/20/79 | | HEARING ORDER -- Setting A-1 through B-9 for hearing to be held in N.D. California on March 23, 1979 (cds) |
| 3/16/79 | | WAIVER OF ORAL ARGUMENT -- All parties (cds) |
| 4/11/79 | | CONSENT OF TRANSFEREE COURT to transfer actions to the Honorable John Powers Crowley in N. Illinois (cds) |
| 4/11/79 | | TRANSFER ORDER -- Consolidating A-1 through B-9 in the Northern District of Illinois before the Honorable John Powers Crowley under Section 1407 -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |

JPML FORM 1A - Continuation                         DOCKET ENTRIES -- p.\_\_\_\_

DOCKET NO. \_\_\_ -- _____

| Date | Ref | Pleading Description |
|---|---|---|
| 80/08/15 | | CONDITIONAL TRANSFER ORDER FILED TODAY<br>  B-10 Taylor v. Burlington Northern, Inc., D. Minnesota,<br>    C.A.No. 4-80-402<br>NOTIFIED COUNSEL AND JUDGES. (emh) |
| 80/09/03 | | CONDITIONAL TRANSFER ORDER FINAL TODAY --<br>  B-10 Taylor v. Burlington Northern, Inc., D. Minnesota,<br>    C.A. No. 4-80-402<br>NOTIFIED CLERKS AND JUDGES. (emh) |
| 80/10/29 | | CONDITIONAL TRANSFER ORDERS FILED TODAY --<br>  B-11 Robert Stewart, etc. v. Burlington Northern Inc.,<br>    et al., D.Minn., C.A. No. 3-80-578<br>  B-12 EEOC v. Burlington Northern, Inc., et al., D.Minn.,<br>    C.A. No. 3-80-579<br>NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |
| 80/11/14 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY --<br>  B-11 Stewart, etc. v. Burlington, et al., D.Minn.,<br>  3-80-578 and B-12 EEOC v. Burlington, et al., D.Minn.,<br>  3-80-579 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 81/09/28 | 8 | MOTION/BRIEF TO REMAND AND REASSIGN TO DISTRICT OF<br>  MINNESOTA -- Equal Employment Opportunity Commission<br>  w/schedule of actions and cert. of svc. (ds) |
| 81/09/28 | 9 | OPPOSITION TO REMAND AND REASSIGNMENT -- Certain Defendant<br>  Unions w/cert. of svc. (ds) |
| 81/09/29 | 10 | RESPONSE (to pleading No. 8) -- defendant Brotherhood of<br>  Railway, Airline and Steamship Clerks, Freight handlers,<br>  Express and Station Employees w/cert. of svc. (ds) |
| 81/09/30 | | ORDER REASSIGNNING LITIGATION to the Honorable George N.<br>  Leighton pursuant to 28 U.S.C. §1407 (emh) |
| 81/09/30 | 11 | RESPONSE -- Private Plaintiffs w/cert. of svc. (ds) |
| 81/10/05 | 12 | RESPONSE (to pleading no. 8) -- defendant United<br>  Transportation Union -- w/cert. of service (cds) |
| 81/10/07 | 13 | RESPONSE/BRIEF -- Burlington Northern Inc. -- w/Exhibit and<br>  cert. of svc. (emh) |
| 81/10/20 | 14 | REPLY/BRIEF -- Pltf. & Pltf.-Intervenor Equal Employment<br>  Opportunity Comm. -- w/Exhibits and cert. of svc. (emh) |
| 81/11/06 | | HEARING ORDER -- Setting Motion of E.E.O.C. for transfer,<br>  retransfer or remand of the following actions to D. Minn.<br>  A-1 through B-9 -- West Palm Beach, Florida on Dec. 8,<br>  1981 (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 374 -- In re Burlington Northern, Inc. Employment Practices Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/12/01 | | HEARING APPEARANCES -- BRUCE ELFVIN, ESQ. for Equal Employment Opportunity Commission; PAUL C. SPRENGER, ESQ. for William E. Forbush, William McBride, et al., Robert Stewart, Claude Brown, Michael Love, Charles Taylor; BRIDGET ARIMOND, ESQ. for William McBride, et al., William E. Forbush, Hillary Jones, et al.; JAMES S. WHITEHEAD, ESQ. for Burlington Northern, Inc.; CLARENCE M. SMALL, JR., ESQ. for Brotherhood of Railroad Signalmen, Brotherhood of Locomotive Engineers and the Railroad Yardmasters of America; CLINTON J. MILLER, III, ESQ. for Brotherhood of Railway, Airline and Steamship Clerks, Freight Handlers, Express and Station Employees           (ds) |
| 81/12/01 | | WAIVER OF ORAL ARGUMENT -- Mitchell White; United Transportation Union; Certain defendants union    (ds) |
| 81/12/22 | | ORDER -- Denying retransfer and/or remand of this litigation (A-1 thru B-12) to the District of Minnesota pursuant to 28 U.S.C. §1407.  (emh) |
| 83/01/14 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-13 Pulley v. Burlington Northern, Inc., etal., D.Minn., 3-82-1715 -- Notified involved counsel and judges. (eaf) |
| 83/01/31 | 15 | NOTICE OF OPPOSITION -- C-13 Pulley v. Burlington Northern, Inc., et al., D. Minn., C.A. No. 3-82-1715. Notified involved counsel.  Filed by defts. Burlington Northern Inc. w/cert. of svc. (ds) |
| 83/02/15 | 16 | MOTION TO VACATE CTO, BRIEF, CERT. OF SVC. -- Deft. Burlington Northern.  (eaf) |
| 83/03/07 | 17 | RESPONSE, BRIEF, CERT. OF SVC -- Lead Counsel for Plaintiffs  (cds) |
| 83/03/11 | 18 | REQUEST FOR EXTENSION OF TIME -- Burlington Northern -- GRANTED TO AND INCLUDING MARCH 16, 1983  (cds) |
| 83/03/16 | 19 | REPLY BRIEF -- Burlington Northern -- w/cert. of serv. (cds |
| 83/04/15 | | HEARING ORDER -- Setting defendants opposition to transfer of C-13 Glen L. Pully v. Burlington Northern, Inc., et al., D. Minn., C.A. No. 2-82-1715 for May 19, 1983 hearing in Washington, D.C.  (cds) |
| 83/05/16 | 20 | REQUEST OF EEOC FOR LEAVE TO FILE RESPONSE TO BURLINGTON NORTHERN, INC.'s MOTION -- Filing was accepted on 5/16/83 -- Filed by EEOC w/svc.(ds |
| 83/0516 | 21 | RESPONSE -- EEOC w/cert. of svc.  (ds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 374 -- In re Burlington Northern, Inc., Employment Practices Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/05/18 | | HEARING APPEARANCES: BRUCE B. ELFVIN, ESQ. for EEOC; JOSEPH P. ESPOSITO, ESQ. for Burlington Northern, Inc.; ROBERT SHUTES, ESQ. for Glen Pulley, et al. (cds) |
| 83/05/18 | | WAIVERS OF ORAL ARGUMENT: American Train Dispatchers Assoc., et al.; Brotherhood of Railway, Airline and Steamship Clerks, et al.; Brotherhood of Locomotive Engineers and Railroad Yardmasters of America; United Transportation Union; Mitchell White (cds) |
| 83/05/18 | 22 | REPLY -- Burlington Northern -- w/cert. of service (cds) |
| ~~83/06/03~~ | | ~~ORDER DENYING TRANSFER -- of C-13 Glen L. Pulley v. Burlington Northern, Inc., et al., D. Minn., 3-82-1715.~~ |
| ~~83/06/17~~ | | ~~CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-14 DeBose, et al. v. Burlington Northern Railroad Co., D. Minn., C.A. No.3-83-510; C-15 Doyle v. Burlington Northern Railroad Co., D. Minn., C.A. No. 4-82-0963. Notified all counsel and involved judges. (jsj)~~ |
| 83/06/03 | | ORDER DENYING TRANSFER -- of C-13 Glen L. Pulley v. Burlington Northern, Inc., et al., D. Minn., 3-82-1715. Notified involved clerks, judges and counsel. (ds) |
| 83/06/17 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-14 DeBose, et al. v. Burlington Northern Railroad Co., D. Minn., C.A. No.3-83-510; C-15 Doyle v. Burlington Northern Railroad Co., D. Minn., C.A. No. 4-82-0963. Notified all counsel and involved judges. (jsj) |
| 83/07/06 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-14 DeBose, et al.v. Burlington Northern Railroad Co., D.Minn., C.A. No. 3-83-510; C-15 Doyle v. Burlington Northern Railroad Co., D.Minn., C.A. No. 4-82-0963. Notified transferee clerk and judge, transferor clerks and judges. (jsj) |

```
JPML Form 1
    Revised: 8/78
                    DOCKET NO. 374  -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:  IN RE BURLINGTON NORTHERN INC. EMPLOYMENT PRACTICES LITIGATION
```

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 3/23/79 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 12/8/81 | 4/11/79 | TO | Unpublished | N.D.Illinois | ~~John Powers Crowley~~ | |
| | 12/22/81 | MO | Unpublished | | George N. Leighton ← 9/30/81 | |

### Special Transferee Information

reassignment order filed 9/30/81

DATE CLOSED: 5/4/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 374 -- IN RE BURLINGTON NORTHERN INC. EMPLOYMENT PRACTICES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | William E. McBride, et al. v. Equal Employment Opportunity Commission | N.D.Ill. Crowley | 78C269 | | | settled | |
| A-2 | Roy Hill, etc. v. Burlington Northern, Inc. | N.D.Ill. Crowley | 78C308 | | | | |
| A-3 | Hilary R. Jones, etc. v. Burlington Northern, Inc. | N.D.Ill. Crowley | 78C4797 | | | | |
| A-4 | Claude Brown v. Burlington Northern Inc., et al. | D.Minn. MacLaughlin | 3-77-324 | 4/11/79 | 79C1730 | | |
| A-5 | Michael Love v. Burlington Northern Inc., et al. | D.Minn. Lord | 3-78-220 | 4/11/79 | 79C1713 | Remanded 5/4/84 | |
| A-6 | William E. Forbush v. Burlington Northern, Inc., et al. | D.Minn. Lord | 4-78-461 | 4/11/79 | 79C1731 | | |
| A-7 | Mitchell White v. Burlington Northern, Inc. | D. Oreg. | 78-1125 | 4/11/79 | 79C1590 | | |
| A-8 | Dubois Gilliam v. Burlington Northern Inc., et al. | D. Neb. Schatz | 77-O-423 | 4/11/79 | 79C1715 | | |
| B-9 | Kenneth Blake v. Burlington Northern, Inc., et al. | D.Minn. Lord | 3-78-498 | 4/11/79 | 79C1711 | | Supp'mnt 5/8/79 |

July 1979 - 6 TR; 8 XV2 - 9 Pdg.
July 1980 - Same

DOCKET NO. 374 -- In re Burlington Northern Inc. Employment Practices Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| ✓ B-10 | Charles Taylor v. Burlington Northern, Inc. 8/15/80 | D.Minn. MacLaughlin | 4-80-402 | SEP 3 1980 | 80-C-5341 | | |
| ✓ B-11 | Robert Stewart, etc. v. Burlington Northern Inc., et al. OCT 2 9 1980 | D.Minn. Devitt | 3-80-578 | 11/14/80 | 80C6379 | 5/4/83 dism | |
| ✓ B-12 | Equal Employment Opportunity Comm. v. Burlington Northern, Inc., et al. OCT 2 9 1980 | D.Minn. Devitt | 3-80-579 | 11/14/80 | 80C6380 | | |
| C-13 | Glen L. Pulley v. Burlington Northern Inc., et al. 1/14/83 opposed | D.Minn. Magnuson | 3-82-1715 | | | denied 1/31/83 | |
| ✓ C-14 | James L. DeBose, et al. v. Burlington Northern Railroad Co. | D.Minn. Magnuson | 3-83-510 | 7/6/83 | 83-5076 | 5/4/84 | |
| ✓ C-15 | William J. Doyle v. Burlington Northern Railroad Co. | D.Minn. Lord | 4-82-0963 | 7/6/83 | 83-5174 | 5/4/84 | |

July 1982 — 2 TR / 5 X V2 / 2 Pg
July 1983 —
July 1984 — 2 TR / 14 Dis / Litigation Closed

JPML Form 2

# COUNSEL OF RECORD
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 374 -- IN RE BURLINGTON NORTHERN, INC. EMPLOYMENT PRACTICES, LIT.

---

BROTHERHOOD OF LOCOMOTIVE ENGINEERS
RAILROAD YARDMASTERS OF AMERICA
Harold A. Ross, Esquire
Richard H. Kraushaar, Esq.
Ross & Kraushaar Co., L.P.A.
1548 Standard Building
1370 Ontario Street
Cleveland, Ohio  44113

BROTHERHOOD OF MAINTENANCE OF WAY
EMPLOYEES, AFL-CIO
BROTHERHOOD OF RAILWAY CARMEN OF
   THE UNITED STATES AND CANADA
INTERNATIONAL ASSN. OF MACHINISTS
   AND AEROSPACE WORKERS
INTERNATIONAL BROTHERHOOD OF BOILE
   BOILERMAKERS, IRON SHIPBUILDERS
   & GEKOERSM AFL-CIO
INTERNATIONAL BROTHERHOOD OF
   ELECTRICAL WORKERS, AFL-CIO
SHEET METAL WORKERS INTERNATIONAL
   ASSOCIATION, AFL-CIO
AMERICAN TRAIN DISPATCHERS ASSN.,
   AFL-CIO
Richard R. Lyman, Esq.
RD 2, Box 210
Sherburne-Smyrna Road
Sherburne, N.Y.  13460

BROTHERHOOD OF RAILROAD SIGNALMEN,
   AFL-CIO
Clarence M. Small, Jr., Esq.
Thomas A. Carraway, Esq.
Rives, Peterson, Pettus, Conway,
   Elliott & Small
800 First National Southern
   Natural Building
Birmingham, Alabama  35203

CHICAGO COUNSEL FOR PREVIOUSLY
LISTED UNIONS
Marvin Gittler, Esquire
Asher, Goodstein, Pavalon,
   Gittler, Greenfield and
   Segall, Ltd.
228 North LaSalle Street
Room 1900
Chicago, Il  60601


BURLINGTON NORTHERN INC.
Joseph P. Esposito, Esq.
Steptoe & Johnson, Chartered
1250 Connecticut Avenue, N.W.
Washington, D.C.  20036

Barry McGrath, Esq.
Burlington Northern Inc.
176 East Fifth St.
St. Paul, Minn.  55101

BROTHERHOOD OF RAILWAY
   AIRLINE & STEAMSHIP CLERKS,
FREIGHT HANDLERS EXPRESS & STATION
EMPLOYEES
Solomon I. Hirsh, Esquire
Hirsh & Schwartzman
39 South LaSalle St.
Suite 820
Chicago, IL  60603

Clint Miller, Esquire
Highsaw, Mahoney & Friedman
1050 17th St., N.W.
Washington, DC 20036

WILLIAM MCBRIDE (A-1)
Charles Barnhill, Jr., Esq.
Davis, Miner & Barnhill
14 West Erie St.
Chicago, Il.  60610

JPML Form 2A -- Continuation

Counsel List -- p._____

DOCKET NO. \_\_\_\_ -- _____

---

BRAC
William J. Donlon, Esq.
General Counsel, BRAC ✓
3 Research Place
Rockville, Md. 20850

UNITED TRANSPORTATION UNION
 (AFL-CIO)
Norton N. Newborn, Esq.
Gaines, Stern, Schwartzwald &
  Robiner ✓
1801 East Ninth St.
Cleveland, OH 44114

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION

  Steven Mitchell, Esquire  *Plffs. Lead counsel*
  Equal Employment Opportunity
   Commission
✓ Cleveland District Office
  1375 Euclid Avenue
  Room 600
  Cleveland, Ohio 44115  (216-522-7455)

ROY HILL (A-2)
John Coley Qua, Esq.
130 Surf Court No. 151
Houston, Texas 77058

CLAUDE E. BROWN (A-4)
MICHAEL LOVE, ET AL. (A-5)
~~CHARLES TAYLOR (B-10)~~
KENNETH BLAKE (B-9)
✓Linda A. Miller, Esq.
 819 Pioneer Building
 Fourth & Robert Sts.
 St. Paul, Minn. 55101

WILLIAM E. FORBUSH (A-6)  *Plffs. Co Lead*
Paul C. Sprenger, Esq.
Sprenger, Olson, & Shutes
325 Ridgewood Avenue
Minneapolis, Minn. 55403 ✓

Thomas Nelson, Esq. ✓
Equal Employment Opportunity Com.
342 North Water St.
Milwaukee, Wisc. 53202

C. Felix Miller, Esq.
Equal Employment Opportunity Com
625 North Euclid ✓
St. Louis, Mo. 63108

DUBOIS GILLIAM (A-8)
Leonard J. Schwartz, Esq.
Schwartz & Fishman Co., L.P.A.
150 East Mound St. ✓
P.O. Box 1936
Columbus, Oh 43216

MITCHELL WHITE (A-7)
Jerome E. LaBarre, Esq. ✓
Glasgow, LaBarre & Kelly, P.C.
1111 Wilcox Building
Portland, Oregon 97204

  OTHER COUNSEL
Freda R. Merritt, Esq. *Com pet*
11 South LaSalle St. ✓
Suite 1227
Chicago, Il. 60603

Benny J. Hardin, Esq.
Hardin & Copilevitz, P.C. ✓
1812 Commerce Tower
911 Main Street
Kansas City, Mo. 64105

VERN OZMAN
ROBERT ROMBACH
LEONARD HALL
WILLIAM POTTER
L. R. WILLIAMSON
M. L. KEEFE
OMAR OLSON
E. L. PHILLIPS
Frederic F. Brace, Esq.
(Same as Burlington Northern)

JPML FORM 2A -- Continuation

Counsel of Record -- p._____

DOCKET NO. 374 -- _____

---

GLEN L. PULLEY (C-13)
Linda A. Miller, Esq.
819 Pioneer Bldg.
Fourth & Robert Streets     (See A-4)
St. Paul, Minn.  55101

Local Counsel for
Burlington Northern, Inc.
(C-13)
Jane McGrew, Esquire
Steptoe & Johnson
1250 Connecticut Ave., N.W.  ✓
Washington, D. C.  20036

Local Counsel for
United Transportation Union
(C-13)
Norton N. Newbold, Esquire
Gaines & Stein
1700 Ohio Savings Plaza      ✓
1801 East Ninth Street
Cleveland, Ohio  44114

JAMES L. DEBOSE, ET AL. (C-14)
WILLIAM J. DOYLE (C-15)
Paul C. Sprenger, Esquire
Sprenger, Olson & Shutes, P.A.
325 Ridgewood Avenue
Minneapolis, Minnesota 55403

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 374 -- IN RE BURLINGTON NORTHERN INC. ~~B.~~ EMPLOYMENT PRACTICES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Burlington Northern Inc. | A-1, A-2, A-3, A-4, A-5, A-6, B-10, B-11, B-12, B-7, C-13, C-14, C-15 |
| Brotherhood of Railway Airline and Stemship Clerks Freight Handlers, Express and Station Employees ✓ | A-8 |
| The United Transportation Workers Union ✓ | A-5, B-11, B-12, C-13 |
| Vern Ozman | A-4 |
| Robert Rombach | A-4 |
| Leonard Hall | A-4 |
| William Potter | A-4 |
| V. R. Nicholas | A-4 |
| L. R. Williamson | A-4 |
| M. L. Keefe | A-4 |
| Omar Olson | A-4 |

p. 2

| | | |
|---|---|---|
| | R. V. Myers | A-4 |
| | E. L. Phillips | A-4 |
| | Sheet Metal Workers' International Association | A-4  A-6, B-11 |
| ✓ | Sheet Metal Workers' International Association District Council No. 2 | |
| | Sheet Metal Workers' International Association Local Union 209 ✓ | |
| ✓ | American Train Dispatchers AFL-CIO ✓ | A-6, B-11 |
| | Brotherhood of Locomotive Engineers | A-6, B-11 |
| ✓ | Brotherhood of Maintenance of Way Employees AFL-CIO ✓ | A-6, B-11 |
| | Brotherhood of Railroad Signalmen AFL-CIO | A-6, B-11 |
| | Brotherhood of Railway ✓ Airline & Steamship Clerks Freight Handlers, Express & Station Employees AFL-CIO | A-6, B-11 |
| ✓ | International Brotherhood of Electrical Workers AFL-CIO ✓ | A-6, B-11 |
| ✓ | International Brotherhood of Firemen & Oilers AFL-CIO ✓ | A-6, B-11 |
| | Railroad Yardmasters of America AFL CIO | A-6, B-11 |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 374 -- p. 3

| | Name of Party | Named as Party in Following Actions |
|---|---|---|
| | Danial Tonias | A-4 |
| | E. J. Hayes | A-4 |
| ✓ | International Brotherhood of Machinists and Aerospace Workers ✓ | A-6, B-11 |
| ✓ | International ~~Association~~ Brotherhood of Boilermakers Iron Shipbuilders, Blacksmiths, Forgers & ✓ ~~Helpers AFL-CIO~~ | A-6, B-11 |
| ✓ | Brotherhood of Railway Carmen of the U.S. and Canada AFL-CIO | B-11 |
| | ~~United Transportation Union AFL-CIO~~ | ~~B-11~~ |
| | | |
| | | |
| | | |
| | | |