DOCKET NO. 374

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

IN RE BURLINGTON NORTHERN, INC. EMPLOYMENT PRACTICES LITIGATION

TRANSFER ORDER

It appearing that all parties to the actions listed on the attached Schedule A either agree on the desirability of or do not oppose transferring the actions pending in districts other than the Northern District of Illinois to that district pursuant to 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings with the actions pending in that district before the Honorable John Powers Crowley, and the Panel having found upon consideration of the papers submitted 1/ that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation,

IT IS ORDERED THAT, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Northern District of Illinois be, and the same hereby are, transferred to that district and, with the consent of that court, assigned to the Honorable John Powers Crowley for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Murray I. Gurfein
Chairman

---

\*   The Honorable Roy W. Harper, Judge of the Panel, did not participate in the decision of this matter.

1/   The parties waived their right to oral argument and, accordingly, the question of transfer of these actions pursuant to Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 78 F.R.D. 561, 572 (1978).

DOCKET NO. 374																			SCHEDULE A

### DISTRICT OF MINNESOTA

| | |
|---|---|
| Claude Brown v. Burlington Northern, Inc., et al. | Civil Action No. 3-77-324 |
| Michael Love v. Burlington Northern, Inc., et al. | Civil Action No. 3-78-220 |
| William E. Forbush v. Burlington Northern, Inc., et al. | Civil Action No. 4-78-461 |
| Kenneth Blake v. Burlington Northern, Inc., et al. | Civil Action No. 3-78-498 |

### DISTRICT OF NEBRASKA

| | |
|---|---|
| Dubois Gilliam v. Burlington Northern, Inc., et al. | Civil Action No. 77-O-423 |

### DISTRICT OF OREGON

| | |
|---|---|
| Mitchell White v. Burlington Northern, Inc. | Civil Action No. 78-1125 |

### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| William E. McBride, et al. v. Equal Employment Opportunity Commission | Civil Action No. 78C269 |
| Roy Hill, etc. v. Burlington Northern, Inc. | Civil Action No. 78C308 |
| Hilary R. Jones, etc. v. Burlington Northern, Inc. | Civil Action No. 78C4797 |